| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re: | District Court Case No.: 1:20-cv-00875-NONE |
| DON ROSE OIL CO., INC., a California corporation, | Bankruptcy Court Case No.: 17-12389-A-7 |
| | Chapter 7 |
| Debtor. | Adv. Case No.: 17-01086-A |
| KODIAK MINING & MINERALS II, LLC, *et al*., | **ORDER APPROVING STIPULATION TO DISMISS APPEAL** |
| Plaintiffs, | |
| v. | |
| DON ROSE OIL CO., INC., *et al*., | |
| Defendants. | |

The Court having considered the *Stipulation to Dismiss Appeal* (the "Stipulation") entered into by and between *appellant* Consolidated Resources, Inc. ("Appellant") and *appellees* DRO Barite, LLC ("DRO Barite"), Sallyport Commercial Finance, LLC ("Sallyport"), Idemitsu Apollo Corporation ("Apollo") and Happy Rock Merchant Solutions, LLC ("Happy Rock") (collectively, "Respondents," and together with Appellant, the "Parties") and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED.**

**IT IS FURTHER ORDERED** that this appeal is hereby dismissed *without prejudice.*

1    **IT IS FURTHER ORDERED** that Appellant shall have the right to file a future appeal of the order that is the subject of this action after such time as the order becomes final within the meaning of 28 U.S.C. § 1291 and applicable law.

   **IT IS FURTHER ORDERED** that all rights, remedies, claims, causes of action, defenses and appeals of the Parties are preserved to the extent afforded to them under applicable law and principles of equity.

   **IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs incurred in connection with this appeal.

IT IS SO ORDERED.

Dated:   **August 28, 2020**              _Dale A. Drozd_
                                                   UNITED STATES DISTRICT JUDGE